IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CANDICE PALMER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-0583-CV-W-ODS ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.


Date: February 5, 2007                    /s/ Ortrie D. Smith
                                          ORTRIE D. SMITH, JUDGE
                                          UNITED STATES DISTRICT COURT